# Exhibit 1

# Exhibit 1

Martha Bellisle
Legal Affairs Reporter
Reno Gazette-Journal
P.O. Box 22000
Reno, NV 89520
775-788-6327

Sept. 4, 2009

FOIA Unit
United States Parole Commission
Suite 420, 5550 Friendship Boulevard
Department of Justice
Chevy Chase, Maryland 20815
301-492-5821

**FOIA REQUEST**
   **Fee benefit requested**
   **Fee waiver requested**
   **Expedited review requested**

Dear FOI Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of a list of documents related to the case of Phillip Craig Garrido (inmate # 36377-136), who had his first and only federal parole hearing on Nov. 5, 1987. He was ordered to be released to Nevada, which had a retainer. I would like copies of the following:
The hearing examiners' report on his case
Any documents by the commissioner who OK his release
Documents supporting his assessment and the numerical "guideline" he was given
Documents concerning his activities while in prison
Any psychiatric evaluations in his file
Documents related to the April 2, 1993 parole violation
Documents from the federal probation officer who issued the violation notice
The warrant issued for the violation
Documents and transcripts from the probable cause hearing on the violation
Documents related to the decision to put him on home confinement.

Documents on the evaluations he went through every five years to determine whether he was a risk to re-offend.

As a representative of the news media I am only required to pay for the direct cost of duplication after the first 100 pages. Through this request, I am gathering information on the release of Garrido, who is accused of kidnapping an 11-year-old South Lake Tahoe girl in 1991, only three years after his release. It is of current interest to the public on many levels, including concerns about how parolees are handled, whether he underwent proper supervision, whether he was assessed properly given the nature of his offense (kidnapping and rape, and being labeled a sexual deviant by mental health experts at his federal trial). Reviewing the documents that detail how the federal system handled Garrido will help the public better understand the process. This information is being sought on behalf of *Reno Gazette-Journal* for dissemination to the general public.

Please waive any applicable fees. Release of the information is in the public interest because it will contribute significantly to public understanding of government operations and activities.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or e-mail, rather than by mail, if you have questions regarding this request. I look forward to your reply within 20 business days, as the statute requires.

Thank you for your assistance.

Sincerely,


Martha Bellisle