# Exhibit 2

# Exhibit 2



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

September 16, 2009

Mr. Phillip Garrido
Reg. No. 36377-136
c/o Martha Bellisle
Reno Gazette-Journal
P O Box 22000
Reno, NV 89520

Re:   Your Disclosure Request
      FOIA Tracking Number: FY09-00537

Dear Ms. Bellisle:

This is in response to your request of September 1, 2009 received on September 1, 2009 for copies of documents from the Phillip Garrido parole file. The terms of your request cover:

All documents contained in the U. S. Parole Commission's file related to parole proceedings and decisions of Phillip Garrido.

We are withholding **92 pages in full** based on the following exemptions to the Freedom of Information Act:

Pursuant to the Privacy Act of 1974, the Commission is releasing **19 pages with portions withheld** based on FOIA exemptions.

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties: and

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

If you are dissatisfied with my action on this request, you have thirty (30) days from the date of this letter to appeal this decision to the Chairman of the U.S. Parole Commission. An appeal to the Chairman must be made in writing and addressed to the Office of the Chairman, U.S. Parole Commission, 5550 Friendship Boulevard, Suite 420, Chevy Chase, MD 20815.

Sincerely,

Anissa N. Hunter
FOIA Specialist

Enclosures - 19 pages

ANH