UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENO NEWSPAPERS, INC., | Case No. 3:09-cv-00683-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| UNITED STATES PAROLE COMMISSION and UNITED STATES DEPARTMENT OF JUSTICE, | Date:   April 22, 2011 |
| Defendants. | |

PRESENT:    EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

Defendants filed a Motion to Extend Deadline to Produce Documents (#29). Plaintiffs filed a non-opposition to the motion (#30).

Therefore, Defendants' Motion to Extend Deadline to Produce Documents (#29) is <u>GRANTED</u>. The Defendants shall produce the subject documents by May 10, 2011.

LANCE S. WILSON, CLERK

By ____/s/____
     Deputy Clerk