DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENO NEWSPAPERS, INC., | Case No. 3:09-CV-00683-ECR-RAM |
| Plaintiff, | |
| v. | ORDER GRANTING |
| UNITED STATES PAROLE COMMISSION and UNITED STATES DEPARTMENT OF JUSTICE | JOINT MOTION TO VACATE ORDER REQUIRING FILING OF JOINT PRETRIAL ORDER |
| Defendants. | |

COME NOW Plaintiff Reno Newspapers, Inc., by and through its attorney Scott A. Glogovac, and Defendants United States Parole Commission and United States Department of Justice, by and through their attorney Holly A. Vance, and hereby jointly request that this Court vacate its April 6, 2011 order directing the parties to file a joint pretrial order by May 13, 2011. (#28).

Plaintiff is currently reviewing documents that this Court ordered Defendants to redact and produce by May 10, 2011. (#27). Once Plaintiff completes that review, Plaintiff will either seek relief from this Court concerning those redactions or move for the issuance of a judgment to close this case. Under either scenario, the parties do not plan to conduct any discovery and they agree that there is no need for a trial. *See Miccosukee Tribe of Indians of Fla. v. United States,*

142 F.3d 1033, 1040 (7th Cir. 1998) ("Generally, FOIA cases should be handled on motions for summary judgment, once the documents at issue are properly identified."); *Raytheon Aircraft Co. v. U.S. Army Corps of Eng'rs*, 183 F. Supp. 2d 1280, 1283 (D. Kan. 2001) ("FOIA cases * * * are especially amenable to summary judgment because the law, rather than the facts, is the only matter in dispute."). Moreover, the known factual issues in this case have been addressed by the parties in their respective summary judgment submissions. Accordingly, the parties jointly request that this Court vacate the order requiring the parties to file a joint pretrial order.

Dated this 12th day of May, 2011.

BURTON, BARTLETT & GLOGOVAC

*/s/ Scott A. Glogovac*
SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 000226
DAVID S. McELROY, ESQ.
Nevada Bar No. 000334

Attorneys for Plaintiff
Reno Newspapers, Inc.

DANIEL G. BOGDEN
United States Attorney

*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

DATED: May 17, 2011

*/s/ Edward C. Reed*
EDWARD C. REED, Jr.
United States District Judge

2